# Third District Court of Appeal

## State of Florida

Opinion filed April 8, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-204
Lower Tribunal No. 13-4180
_____

**Eller-I.T.O. Stevedoring Company, L.L.C., et al.,**
Petitioners,

vs.

**Lazaro Pandolfo and Olga Alvarez, etc.,**
Respondents.

A Case of Original Jurisdiction – Prohibition.

Hamilton, Miller & Birthisel and Jerry D. Hamilton and Robert M. Oldershaw and Michael J. Dono, for petitioners.

Dorta Law and Matias R. Dorta and Gonzalo R. Dorta, for respondents.

Before SUAREZ, LAGOA, and SCALES, JJ.

SUAREZ, J.

Eller-I.T.O. Stevedoring Company LLC and Dwayne Cooper, petitioners, seek a writ of prohibition, writ of certiorari, or writ of mandamus in response to the

trial court's denial of their motion to dismiss and for summary judgment.  We deny

the petition for each of the writs sought by the petitioners.

Petitions denied.